# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1414
LT Case No. 16-2021-CF-7823-A

_____

KAREEM GRADY,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Amanda L. Edwards, of Edwards & Edwards, P.A., Jacksonville, for Petitioner.

No Appearance for Respondent.

June 6, 2025

PER CURIAM.

    The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the July 13, 2023, judgment and sentence rendered in Case No. 16-2021-CF-7823-A, in the Circuit Court in and for Duval County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

    PETITION GRANTED.

WALLIS, LAMBERT, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____